AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 7:25-mj-2629 |
| Jose Angel Barrera | ) |
| 1994 | ) |
| POB: US | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 7th, 2025  in the county of  Starr  in the
Southern  District of  Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 19 USC 1433(b)(2)(A)&(B), and 1436(c) | Report arrival of vessels, vehicles, and aircraft. |
| 18 USC 758 | High-speed flight from immigration checkpoint. |

This criminal complaint is based on these facts:

See Attachment A

United States District Court
Southern District of Texas
FILED

OCT 10 2025

Nathan Ochsner, Clerk

☒ Continued on the attached sheet.

Approved by AUSA D. Walker

/s/Ryan Ogden
*Complainant's signature*

Ryan Ogden HSI Special Agent
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☑ Sworn to telephonically and signed electronically per Fed.R.Cr.4.1

Date:  10/1./25 @ 2:00p.m.

*Judge's signature*

City and state:  McAllen, Texas

Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

1.      19 USC 1433 mandates that arriving vehicles into the United States should report and present their vehicle, including all persons and merchandise on board, for inspection to the customs officer at the facility designated for that crossing point.

2.      18 USC 758 prohibits fleeing or evading a checkpoint operated by any Federal law enforcement agency in a motor vehicle in excess of the legal speed limit. This is commonly referred to as "port running".

3.      On October 7, 2025, Customs and Border Protection Officers (CBPO) at the Roma, Texas Port of Entry (POE) encountered Jose Angel BARRERA. BARRERA made entry from Mexico into the United States through the POE in a white 2025 Toyota Tundra.

4.      BARRERA was referred to secondary inspection. BARRERA drove the truck through the Z-Portal and placed the vehicle in park. Z-Portal operators reviewed images of his vehicle and noticed anomalies in his spare tire, located in the bed of the truck.





5.      After being advised by the CBPO reading the Z-Portal images to check the spare tire, CBPOs instructed BARRERA to turn off his vehicle. BARRERA replied, stating "no problem", and reached for the on/off switch of the vehicle. BARRERA then quickly put the vehicle in drive and fled the inspection area at a high rate of speed. During his subsequent flight, BARRERA ran a stop sign on Estrella Street.

6.      The posted speed limit at the POE is 5 miles an hour. During BARRERA's flight from the POE, he traveled at a high rate of speed in excess of 5 miles an hour.